IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLAN M. CABAK,

    Plaintiff,

    v.

Case No. 18-cv-791-bbc

JELD-WEN, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 11/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |