IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALLAN CABAK,

                      Plaintiff,

v.

JELD-WEN, INC.

                      Defendant.

ORDER

18-cv-791-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on November 15, 2019, I granted defendant's motion for summary judgment with respect to plaintiff Allan Cabak's claims that his former employer violated his rights under the Americans With Disabilities Act, the Age Discrimination in Employment Act and the Occupational Safety and Health Act and dismissed all of plaintiff's claims. Dkt. #37. On November 22, 2019, plaintiff filed a letter in which he asks the court to dismiss his case because he was threatened by an employee of defendant. Dkt. #39. He also expresses his disappointment that Trent Tobias, one of his former managers, is still working with defendant and his concerns over defendant's allegedly illegal employment and termination practices. Because plaintiff's letter is dated November 18, 2019, it appears that he may not have received a copy of the order dismissing his claims before sending the letter requesting dismissal. In any event, plaintiff's request is moot because his case already has been dismissed and there is no further relief that this court can provide him with respect to his underlying claims.

1

ORDER

IT IS ORDERED that plaintiff Allan Cabak's request for court assistance, dkt. #39, is DENIED.

Entered this 7th day of January, 2020.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge